**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| ALLEN, ALLEN & ASSOCIATES, L.L.C., and ALLEN, ALLEN & ASSOCIATES MANUFACTURING, L.L.C. | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| SERVA CORPORATION, | ) ) |
| Defendant | ) ) |
| and | ) ) |
| SERVA CORPORATION and SERVA GROUP, LLC, | ) ) ) |
| Counterclaim Plaintiffs | ) ) |
| v. | ) )   Case No.  10 CV-707-GKF-TLW |
| ALLEN, ALLEN & ASSOCIATES, L.L.C., and ALLEN, ALLEN & ASSOCIATES MANUFACTURING, L.L.C. | ) ) ) ) |
| Counterclaim Defendants, | ) ) |
| and | ) ) |
| SERVA CORPORATION AND SERVA GROUP, LLC | ) ) ) |
| Third Party Plaintiffs, | ) ) |
| v. | ) ) |
| THOMAS E. ALLEN, an individual, | ) ) |
| Third Party Defendant. | ) |

## SCHEDULING ORDER

1.     2/1/12     Expert Identification and Reports for Markman hearing.**

2.     2/1/12     Witness Lists and Proposed Exhibits for Markman hearing.

3.     2/29/12     Discovery Deadline for Claim Construction

4.     2/29/12     Motions to Join or Amend

5.   3/16/12   Claim Construction Opening Briefs (by each party)

6.   3/30/12   Claim Construction Response Briefs (by each party)

Markman Hearing set at 9:30 a.m. on April 13, 2012.

\*   The parties have agreed to participate in a private mediation

\*\*   These items are not to be filed of record but are only to be exchanged between counsel

Additional dates for completion of all discovery and pretrial and trial schedule will be set after the Markman hearing.

This Order is entered this 16th day of November, 2011.

Gregory K. Frizzell
United States District Judge
Northern District of Oklahoma