## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

ALLEN, ALLEN & ASSOCIATES, L.L.C., )
and ALLEN, ALLEN & ASSOCIATES )
MANUFACTURING, L.L.C., )
                                                 )
            Plaintiffs, )
                                                 )
v. )
                                                 )
SERVA CORPORATION, )
                                                 )
           Defendant, )
and )        Case No. 10 CV-707-GKF-TLW
SERVA CORPORATION and )
SERVA GROUP, L.L.C., )
          Counterclaim Plaintiffs, )
v. )
ALLEN, ALLEN & ASSOCIATES, L.L.C., )
and ALLEN, ALLEN & ASSOCIATES )
MANUFACTURING, L.L.C., )
          Counterclaim Defendants, )
and )
SERVA CORPORATION and )
SERVA GROUP, L.L.C., )
          Third Party Plaintiffs, )
v. )
THOMAS E. ALLEN, an individual, )
          Third Party Defendant. )

## ORDER ALLOWING SUBSTITUTION OF PARTIES

Upon reviewing the Unopposed Motion to Substitute Parties (Docket No. 42) filed by Defendant Serva Corporation and Counterclaim Plaintiff Serva Group, L.L.C., ("Serva"), and for good cause shown, this Court hereby ORDERS AND DECREES:

1. Mrs. Yimei Wang-Allen, as personal representative of the Estate of Thomas E. Allen, and the Estate of Thomas E. Allen are hereby substituted as parties for the deceased, Thomas E. Allen.

2. The style of the case is amended to reflect this substitution.

Ordered this 23rd day of May, 2012.

GREGORY K. FRIZZELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT