## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALLEN, ALLEN & ASSOCIATES, L.L.C., and ALLEN, ALLEN & ASSOCIATES MANUFACTURING, L.L.C., <br><br>    Plaintiffs, <br><br>v. <br><br>SERVA CORPORATION, <br><br>    Defendant, <br><br>and <br><br>SERVA CORPORATION and SERVA GROUP, L.L.C., <br><br>    Counterclaim Plaintiffs, <br><br>v. <br><br>ALLEN, ALLEN & ASSOCIATES, L.L.C., and ALLEN, ALLEN & ASSOCIATES MANUFACTURING, L.L.C., <br><br>    Counterclaim Defendants, <br><br>and <br><br>SERVA CORPORATION and SERVA GROUP, L.L.C., <br><br>    Third Party Plaintiffs, <br><br>v. <br><br>THE ESTATE OF THOMAS E. ALLEN, and YIMEI WANG-ALLEN, as personal representative of the Estate of Thomas E. Allen, <br><br>    Third Party Defendants. | Case No. 10 CV-707-GKF-TLW |

## SECOND AMENDED SCHEDULING ORDER

Before the Court is the parties' Joint Motion to Amend Scheduling Order [Dkt. No. 44], Filed May 25, 2012, and requesting that the deadlines set in the Amended Scheduling Order [Dkt. No. 40], be extended due to the need to obtain, produce and review additional discovery materials and conduct depositions by the parties. Having reviewed the Joint Motion, and for good cause shown, the Court hereby grants said motion. Accordingly, the Amended Scheduling Order is amended as follows:

| Date | Event |
|---|---|
| 7/17/2012 | Discovery Deadline for Claim Construction |
| 7/17/2012 | Motions to Join or Amend Pleadings |
| 8/6/2012 | Claim Construction Opening Briefs (by each party) |
| 8/20/2012 | Claim Construction Response Briefs (by each party) |
| 9/13/2012 | Markman Hearing at 9:30 a.m. |

IT IS HEREBY ORDERED this 29th day of May, 2012.

GREGORY K. FRIZZELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Submitted by:

John A. Kenny, OBA #4976
Mike LaBrie, OBA #16253
Jessica John Bowman, OBA #30388
McAfee & Taft, A Professional Corporation
Tenth Floor, Two Leadership Square
211 N. Robinson Avenue
Oklahoma City OK 73102-7103
Telephone:   (405) 235-9621
Facsimile:    (405) 235-0439
E-mail:  john.kenney@mcafeetaft.com
         mike.labrie@mcafeetaft.com
         jessica.johnbowman@mcafeetaft.com

*Attorneys for Defendant Serva Corporation*
*and Counterclaim Plaintiff Serva Group, L.L.C.*